Case 4:06-cr-00231-JMM   Document 19   Filed 12/18/08   Page 1 of 2

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 18 2008

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
           Sheet 1

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __ARKANSAS__

UNITED STATES OF AMERICA
v.

WILLIAM KEITH SANFORD

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number:   4:06cr00231-01 JMM
USM Number:    27431-044

Chris Tarver
Defendant's Attorney

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s) __General, Standard 1 & 11, Special 1__ of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General | Failure to refrain from committing another federal, state or local crime. | 9/10/2008 |
| General | Failure to refrain from unlawful use of a controlled substance. | 8/4/2008 |
| Standard 1 | Failure to refrain from leaving the judicial district without permission. | 4/19/2008 |
| Standard 11 | Failure to notify the probation officer within 72 hours of arrest. | 4/19/2008 |
| Special 1 | Failure to participate in treatment programs and to submit to urine testing | 8/19/2008 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:   ***-**-5180

Defendant's Date of Birth:   **/**/1965

Defendant's Residence Address:

Redacted Pursuant to FRCrP 49.1

Defendant's Mailing Address:

Redacted Pursuant to FRCrP 49.1

December 18, 2008
Date of Imposition of Judgment

/s/ James M. Moody
Signature of Judge

James M. Moody
UNITED STATES DISTRICT JUDGE
Name and Title of Judge

December 18, 2008
Date

AO 245D     (Rev. 12/03 Judgment in a Criminal Case for Revocations
            Sheet 2— Imprisonment

Judgment — Page   2   of      

DEFENDANT:    WILLIAM KEITH SANFORD
CASE NUMBER:    4:06cr00231-01 JMM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :   **Thirty (30) months**
**to run consecutive to the undischarged term of imprisonment in Missouri Department of Correction**

X    The court makes the following recommendations to the Bureau of Prisons:
      The defendant shall participate in residential substance abuse treatment.

X    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

      ☐   at _____ ☐ a.m. ☐ p.m. on _____ .

      ☐   as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

      ☐   before 2 p.m. on _____ .

      ☐   as notified by the United States Marshal.

      ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
         DEPUTY UNITED STATES MARSHAL